THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRANDA BUERGEL and MASON BUERGEL, wife and husband,<br><br>        Plaintiffs,<br><br>        v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>        Defendant. | No. 2:24-cv-00378-KKE<br><br>ORDER OF DISMISSAL |

The Court GRANTS the parties' stipulated motion to dismiss (Dkt. No. 26) and ORDERS that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DONE IN OPEN COURT this 27th day of September, 2024.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1
CASE NO. 2:24-CV-00378-KKE